# United States Bankruptcy Court
## Northern District of Georgia

In re  **Wayne Oneil Smith**                                                          Case No.  _____
                                             Debtor(s)                                 Chapter   **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Wayne Oneil Smith**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

■   Other

   **Receives Social Security**

Date  **April 15, 2021**                  Signature  **/s/ Wayne Oneil Smith**
                                                      **Wayne Oneil Smith**
                                                      Debtor